UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*****************************************************************************************************

In re:

**Bounnong Mathavongsy**,

Debtor. JUDGMENT

*********************************************

**Erik A. Ahlgren, Trustee,**

Plaintiff, BKY 23-60365

v. ADV 24-06021

**Bounnong Mathavongsy**,

Defendant.

*************************************************************************************************

This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: The Debtor/Defendant's discharge in bankruptcy 23-60365 is Revoked and the Trustee may recover $350.00 costs and expenses against Debtor/Defendant in addition to the $867.00 required by this Court's turnover order.

Dated: *September 19, 2024*
At: Minneapolis, Minnesota.

Tricia Pepin
Clerk of Bankruptcy Court

By: /e/ Heidi Jackson
Deputy Clerk